AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN D. MAHONEY,

              v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5251-FDB

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Petitioner's writ of habeas corpus [Dkt. 5] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

*s/ Mary Trent*
Deputy Clerk